# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GERARD ANTHONY BELL

NO. 2025 KW 1260

**FEBRUARY 23, 2026**

---

In Re:    Gerard Anthony Bell, applying for supervisory writs,
          23rd Judicial District Court, Parish of Ascension, Nos.
          49704, 49705.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the bills of information for docket numbers 49704 and 49705, the motion to dismiss (filed in the district court), the State's response, if any, the pertinent criminal court minutes, and the transcript of the hearing held on his motion to dismiss. The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-5. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before April 24, 2026. Any future filing on this issue shall include the entire contents of this application, the missing items noted above, and a copy of this ruling.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT